IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| MARLON CRAIG TERRY | ) | CIVIL ACTION NUMBER |
| | ) | M-17-37 |
| VS. | ) | |
| | ) | |
| LORIE DAVIS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION | ) ) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court has reviewed the Magistrate Judge's Report and Recommendation regarding Plaintiff Marlon Craig Terry's 28 U.S.C. § 2254 Petition for Writ of Habeas Corpus. After having reviewed the said Report and Recommendation, the Court is of the opinion that the conclusions in said Report and Recommendation should be adopted by this Court.

It is, therefore, ORDERED, ADJUDGED and DECREED that the conclusions in United States Magistrate Judge J. Scott Hacker's Report and Recommendation entered as Docket Entry Number 7 are hereby adopted by this Court.

The Clerk shall send a copy of this Order to the parties.

DONE on this 4th day of February, 2019, at McAllen, Texas.

_____
Ricardo H. Hinojosa
U.S. DISTRICT JUDGE